**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 96-60757
_____


ADRON P. GARDNER,

                                        Petitioner-
                                        Cross-Respondent,

                    VERSUS

HELMERICH & PAYNE INTERNATIONAL DRILLING COMPANY
                      and
NATIONAL UNION FIRE INSURANCE COMPANY
      OF PITTSBURGH, PENNSYLVANIA,

                                        Respondents-
                                        Cross-Petitioners,

DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS,
      UNITED STATES DEPARTMENT OF LABOR,

                                        Respondent.


_____

Petition for Review of an Order
of the Benefits Review Board
(94-4028)
_____


October 10, 1997

Before REYNALDO G. GARZA, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

---

   * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We have reviewed the briefs and pertinent portions of the record and have heard the arguments of counsel. We conclude that the findings of fact made by the administrative law judge are supported by substantial evidence. We see no reversible error in the legal determinations that were made regarding the findings of disability or in the calculation of wage rate.

The petition for review and cross-petition for review, accordingly, are DENIED.